1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MARVIN L. BOOTH,

                                        Plaintiff,

        v.

JOHN C. PIOLI,

                                        Defendant.

No. C10-5204 RBL/KLS

**ORDER ADOPTING REPORT AND RECOMMENDATION**

        The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen

L. Strombom, objections to the Report and Recommendation, if any, and the remaining record,

does hereby find and **ORDER**:

    1)      The Court adopts the Report and Recommendation.

    2)      Defendant Pioli's motion to dismiss (Dkt. 12) is **GRANTED in part** as to
            Plaintiff's claims relating to the denial of his furlough request and failure
            to assist in the filing of a grievance.

    3)      Defendant Pioli's motion to dismiss (Dkt. 12) is **DENIED in part** as to
            Plaintiff's claim relating to racial discrimination; Plaintiff may file an
            amended complaint to state facts from which a reasonable inference of
            discrimination can be made.  Plaintiff's Proposed Amended Complaint
            [Dkt. #16-1] shall be filed, and his Motion to Amend [Dkt. #16] is
            **DISMISSED as MOOT**.

    4)      This matter is **re-referred** to the Honorable Karen L. Strombom, United
            States Magistrate Judge.

    5)      Plaintiff's motion to strike (Dkt. 13) is **DENIED**.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

6)   All discovery in this matter be **STAYED** pending further order of the court.

7)   The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendant and to the Hon. Karen L. Strombom.

**DATED** this 5th day of November, 2010.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2