UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MARVIN L. BOOTH,<br><br>  Plaintiff,<br><br>  v.<br><br>JOHN C. PIOLI,<br><br>  Defendant. | No. C10-5204 RBL/KLS<br><br>ORDER DENYING MOTION TO RESOLVE DISCOVERY DISPUTE |

Before the court is Plaintiff's Motion in Good Faith To Resolve The Discovery Dispute. ECF No. 25. Plaintiff requests an order compelling the Defendant to answer two questions. *Id.* This is Plaintiff's second request for the same information. Plaintiff was previously advised that all discovery in this matter has been stayed.

By Order dated November 5, 2010, all discovery in this matter was stayed pending further order of this court. ECF No. 20. Plaintiff was granted leave to file an amended complaint as to his claim of racial discrimination only. *Id.* By Order dated November 17, 2010, Plaintiff's first motion for production was denied. ECF No. 22. The court advised Plaintiff again of the stay of discovery and further advised Plaintiff that discovery requests are not filed with the court. *Id.*

ORDER - 1

1    There is a motion to dismiss Plaintiff's amended complaint pending.  See, ECF No. 23.
2 Accordingly, Plaintiff may not engage in discovery or file motions relating to discovery until the
3 court has considered the pending motion to dismiss and the stay on discovery is lifted.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's Motion to Resolve Discovery Dispute (ECF No. 25) is **DENIED**.

(2)    The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

DATED this  27th  day of December, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2