# United States District Court

WESTERN DISTRICT OF WASHINGTON

MARVIN L. BOOTH,

              v.

JOHN C. PIOLI,

JUDGMENT IN A CIVIL CASE

No. C10-5204 RBL/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

    1)    The Court adopts the Report and Recommendation;

    2)    Defendant Pioli's motion to dismiss (ECF No. 23) is **GRANTED; and**

    3)    Plaintiff's claims against Defendant Pioli are **Dismissed With Prejudice.**

| January 19, 2011 | WILLIAM M. McCOOL |
|---|---|
| Date | Clerk |

                                                *s/ Mary Trent*
                                                Deputy Clerk